LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
  kmagallanes@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  jpearigen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
AMAZON RETAIL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW CUOZZO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON RETAIL LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants.. | CASE NO. 8:21-cv-01271-CJC-ADS<br><br>**JOINT STIPULATION OF DISMISSAL** |

Gibson, Dunn &
Crutcher LLP

Pursuant to the Court's Order Granting Joint Notice of Settlement and Stipulation to Stay Action issued February 23, 2022 (Dkt. 30), Plaintiff Matthew Cuozzo and Defendant Amazon Retail LLC (collectively, the "Parties"), by and through their respective attorneys, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate as follows:

WHEREAS, On February 23, 2022, this Court granted the Parties' Joint Notice of Settlement and Stipulation to Stay Action (Dkt. 30), in which the Parties informed the Court that the Parties executed a Memorandum of Understanding and were currently negotiating the terms of the long-form Settlement Agreement and Release that would resolve the claims in this action, as well as those in three other pending, related actions (*Schneider v. Amazon Retail LLC*, Case No. 2:21-cv-05174-PA (MAAx) (C.D. Cal.), *Cuozzo v. Amazon Retail LLC*, Case No. 30-2021-01211337-CU-OE-CXC (O.C. Super. Ct.), and *Schneider v. Amazon Retail LLC*, Case No. 21STCV26226 (L.A. Super. Ct.) (collectively the "Class Action and PAGA Settlement");

WHEREAS, on July 25, 2022, the Parties filed a Joint Status Report Regarding Status of Settlement notifying the Court that (1) on June 7, 2022, the parties executed the long-form Settlement Agreement and Release and Plaintiffs Schneider and Cuozzo filed a Motion for Preliminary Approval of Class Action Settlement in the Los Angeles Superior Court on June 22, 2022 and (2) on July 15, 2022, Judge Broadbelt issued an Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and set a final approval hearing for December 1, 2022 at 10:00 a.m. *See* Dkt. 31;

WHEREAS, on December 1, 2022, Judge Broadbelt issued an Order Granting Plaintiffs' Motion for Final Approval of the Class Action and PAGA Settlement, resolving all of Plaintiff's claims currently pending in this action;

WHEREAS, in light of the Class Action and PAGA Settlement resolving all claims asserted by Plaintiff in this action, the Parties stipulate and agree that this action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

NOW, THEREFORE, as this stipulation of dismissal is signed by all parties who have appeared in this action, this action is dismissed with prejudice and without need for any further order from the Court.

Dated: December 7, 2022

                                        LAUREN M. BLAS
                                      MEGAN COONEY
                                      KATIE M. MAGALLANES
                                      JESSICA M. PEARIGEN
                                      GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lauren M. Blas*[1]
       Lauren M. Blas

Attorneys for Defendant
AMAZON RETAIL LLC

Dated: December 7, 2022

                                      LARRY W. LEE
                                      MAX W. GAVRON
                                      DIVERSITY LAW GROUP, P.C.

                                      WILLIAM L. MARDER
                                      POLARIS LAW GROUP

By: */s/ Max W. Gavron*
       Max W. Gavron

Attorneys for Plaintiff
MATTHEW CUOZZO

---

[1] Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Defendant, Lauren M. Blas, certifies that the undersigned counsel has concurred in this filing's content and authorized this filing.